1  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California  94104-2828
   Telephone:    415.544.1900
4  Facsimile:    415.391.0281

5  Attorneys for Defendant
   ADT SECURITY SERVICES, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  JEWELERS MUTUAL INSURANCE        )  Case No.
    COMPANY,                         )
12                                   )  C08   02035
              Plaintiff,             )  ADT SECURITY, INC.'S 7.1 CORPORATE
13                                   )  DISCLOSURE STATEMENT
         vs.                         )
14                                   )
    ADT SECURITY SERVICES, INC., a   )
15  Corporation and DOES 1 through 25, inclusive, )
                                     )
16            Defendants.            )  Complaint Filed:  March 5, 2008
                                     )
17

18

19

20

21

22

23

24

25

26

27

28

                                              ADT SECURITY SERVICES, INC.'S
                                          CORPORATE DISCLOSURE STATEMENT
2894335V1                                 CASE NO. _____

1         Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant ADT Security Systems, Inc.

2    states it is an indirect wholly-owned subsidiary of Tyco International, Ltd.  Tyco International, Ltd.

3    is a chartered Bermuda company publicly traded on the New York Stock Exchange [NYSE: TYC].

4    No other publicly traded corporation owns any shares of ADT Security Services, Inc.

5

6    Dated:  April 18, 2008

          Respectfully submitted,

7              SHOOK, HARDY & BACON L.L.P.

8    By: _____

9                 MIA O. SOLVESSON

10

11             Attorneys for Defendant
          ADT SECURITY SERVICES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2894335V1

ADT SECURITY SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT
CASE NO. _____