1  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:  415.544.1900
4  Facsimile:   415.391.0281

5  Attorneys for Defendant
   ADT SECURITY SERVICES, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 JEWELERS MUTUAL INSURANCE          )  C08 02035 HRL
   COMPANY,                            )
12                                     )
                Plaintiff,              )  ADT SECURITY, INC.'S CERTIFICATION
13                                     )  OF INTERESTED ENTITIES OR
        vs.                             )  PERSONS
14                                     )  (LOCAL RULE 3-16)
   ADT SECURITY SERVICES, INC., a     )
15 Corporation and DOES 1 through 25, )
   inclusive,                          )
16                                     )
                Defendants.             )  Complaint Filed: March 5, 2008
17                                     )

---

2892758V1

ADT'S CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES
CASE NO. _____

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) New Shan Jewelers – the Plaintiff's insured;

(b) Tyco International, Ltd. – ADT Security Services, Inc.'s parent corporation.

Dated: April 18, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: *Mia Solvesson*
MIA O. SOLVESSON

Attorneys for Defendant
ADT SECURITY SERVICES, INC.