1  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:  415.544.1900
4  Facsimile:  415.391.0281

5  Attorneys for Defendant
   ADT SECURITY SERVICES, INC.

6

FILED

2008 APR 18 P 3:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C08 02035 HRL<br><br>**NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT**<br><br>Complaint Filed: March 5, 2008 |

ORIGINAL

NOTICE TO USDC THAT NOTICE OF REMOVAL
HAS BEEN FILED IN STATE COURT
CASE NO. _____

2894169V1

**TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on April 18, 2008, Defendant ADT Security Services, Inc. filed a Notice in the Superior Court of the State of California for the County of Santa Clara, informing the Superior Court that Defendants have removed this action from Santa Clara County Superior Court to the United States District Court for the Northern District of California.

Dated: April 18, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
MIA O. SOLVESSON

Attorneys for Defendant
ADT SECURITY SERVICES, INC.

2

NOTICE TO USDC THAT NOTICE OF REMOVAL
HAS BEEN FILED IN STATE COURT
CASE NO. _____

2894169V1