1  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:  415.544.1900
4  Facsimile:  415.391.0281

5  Attorneys for Defendant
   ADT SECURITY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: C 08 02035 HRL<br><br>**[PROPOSED] ORDER GRANTING ADT SECURITY SERVICES, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Complaint Filed: March 5, 2008 |

1  The Court, having considered Defendant ADT Security Services, Inc.'s Motion to Dismiss
2  Complaint, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and any opposition thereto,
3  hereby grants the Motion.
4  **IT IS THEREFORE ORDERED** that all of Plaintiff's claims against Defendant ADT
5  Security Services, Inc. are dismissed with prejudice.

8  Dated:_____           _____
9                                          UNITED STATES DISTRICT JUDGE