```
 1  Mia Solvesson (SBN: 246291)
    msolvesson@shb.com
 2  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 3  San Francisco, California  94104-2828
    Telephone:   415.544.1900
 4  Facsimile:   415.391.0281

 5  Attorneys for Defendant
    ADT SECURITY SERVICES, INC.
 6
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY, | Case No.: C 08 02035 HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE BY U.S. MAIL** |
| vs. | |
| ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive, | |
| Defendants. | Complaint Filed: March 5, 2008 |

## CERTIFICATE OF SERVICE BY U.S. MAIL

I, Sharon Teater, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On the date shown below, I served the attached:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

---

2913877V1

CERTIFICATE OF SERVICE
CASE NO. C 08 02035 HRL

1 on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit
2 with the United States Postal Service through the regular mail collection process at the Law Offices
3 of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

| | |
|---|---|
| Brian S. Letofsky, Esq.<br>Simran Singh, Esq.<br>Pierce & Weiss, LLP<br>451 West Lincoln Ave.<br>Suite B-100<br>Anaheim, CA  92805 | **ATTORNEYS FOR PLAINTIFF** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 21, 2008, at San Francisco, California

*Sharon Teater*

SHARON TEATER

---

2

2913877V1

CERTIFICATE OF SERVICE
CASE NO. C 08 02035 HRL