Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
ADT SECURITY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.:  C 08 02035 HRL<br><br>**ADT SECURITY SERVICES, INC.'S AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>Complaint Filed:  March 5, 2008 |

**AMENDED NOTICE OF MOTION**

**TO THE CLERK OF COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on June 10, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Howard R. Lloyd in Courtroom 2 of the above-entitled Court, located at 280 1st Street, San Jose, California, Defendant ADT Security Services, Inc. ("ADT") will, and hereby does, move for an order of dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is made on the grounds that the complaint does not state a claim because Plaintiff stands in the shoes of its insured and its insured contracted under the agreement with ADT pursuant to the following limitations: (1) any action must have been brought within one year after the accrual of the cause of action; (2) the right of subrogation was waived; and (3) liability for the alleged claims was barred and, alternatively, damages against ADT were limited to $1,000. Moreover, because all duties among the parties are controlled by a contract, Plaintiff may not circumvent the contract by asserting negligence claims. Further, neither Underwriters Laboratories nor California Business and Professions Code sections 7599.50, 7599.55, and 7599.58 provide for a private right of action; therefore, Plaintiff cannot sue under them. In addition, Plaintiff has failed to allege with particularity the details of ADT's alleged fraudulent acts, as required by Federal Rule of Civil Procedure 9(b). Finally, Plaintiff is not entitled to punitive damages in this subrogation action because punitive damages are personal and not assignable under California law.

This Motion is based on the pleadings on file herein; the Memorandum of Points and Authorities; such matters of which the Court may take judicial notice; and such further evidence and argument as may be presented at the hearing(s) if any, on the motion.

Dated: April 28, 2008                           Respectfully submitted,

                                                SHOOK, HARDY & BACON L.L.P.


                                                By: ___/s/ Mia O. Solvesson_____
                                                    MIA O. SOLVESSON
                                                    Attorneys for Defendant
                                                    ADT SECURITY SERVICES, INC.