Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
ADT SECURITY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C 08 02035 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**<br><br>Complaint Filed: March 5, 2008 |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: April 30, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Mia Solvesson
MIA O. SOLVESSON

Attorneys for Defendant
ADT SECURITY SERVICES, INC.