Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendant
ADT SECURITY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No.: C 08 02035 HRL<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL**<br><br>Complaint Filed: March 5, 2008 |

### CERTIFICATE OF SERVICE BY U.S. MAIL

I, Sharon Teater, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On the date shown below, I served the attached:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

---

139375V2

CERTIFICATE OF SERVICE
CASE NO. C 08 02035 HRL

on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit with the United States Postal Service through the regular mail collection process at the Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

Brian S. Letofsky, Esq.　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
Simran Singh, Esq.
Pierce & Weiss, LLP
451 West Lincoln Ave.
Suite B-100
Anaheim, CA  92805

　　　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　　　Executed on April 30, 2008, at San Francisco, California

_____
SHARON TEATER