United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Jewelers Mutual Insurance Company,

    Plaintiff,

v.

ADT Security Services, Inc., a corporation.,

    Defendant.
_____/

No. C08-02035

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 5, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **August 25, 2008 at 10:00 a.m..**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 18, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: May 5, 2008

RICHARD W. WIEKING, Clerk
United States District Court

/s/*Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk for
Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Brian Samuel Letofsky    bletofsky@pierceweiss.com

4  Simran Singh    ssingh@pierceweiss.com

5  Mia Ottilia Solvesson    msolvesson@shb.com, sfe-file@shb.com