1  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:   415.544.1900
4  Facsimile:   415.391.0281

5  Attorneys for Defendant
   ADT SECURITY SERVICES, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 | JEWELERS MUTUAL INSURANCE | ) Case No.: C 08 02035 JW |
   | COMPANY,                  | )                         |
12 |                           | )                         |
   |        Plaintiff,         | ) **[PROPOSED] ORDER GRANTING ADT** |
13 |                           | ) **SECURITY SERVICES, INC.'S MOTION** |
   |        vs.                | ) **TO DISMISS COMPLAINT** |
14 |                           | )                         |
   | ADT SECURITY SERVICES, INC., a | )                    |
15 | Corporation and DOES 1 through 25, inclusive, | ) |
   |                           | )                         |
16 |        Defendants.        | ) Complaint Filed: March 5, 2008 |
   |                           | )                         |
17 |                           | )                         |

18

19

20

21

22

23

24

25

26

27

28

2920781V2

[PROPOSED] ORDER GRANTING
ADT'S MOTION TO DISMISS
CASE NO. C 08 02035 JW

1 | The Court, having considered Defendant ADT Security Services, Inc.'s Motion to Dismiss
2 | Complaint, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and any opposition thereto,
3 | hereby grants the Motion.
4 | **IT IS THEREFORE ORDERED** that all of Plaintiff's claims against Defendant ADT
5 | Security Services, Inc. are dismissed with prejudice.

8 | Dated:_____     _____
9 |                                    HONORABLE JUDGE WARE

1

[PROPOSED] ORDER GRANTING
ADT'S MOTION TO DISMISS
CASE NO. C 08 02035 JW

2920781V2