United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff(s),<br><br>      v.<br><br>ADT SECURITY SERVICES, INC., ET AL.,<br><br>            Defendant(s).<br>_____/ | No. C 08-02035 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for August 25, 2008 at 10:00 AM has been reset to **September 8, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement **August 28, 2008.**

Dated: May 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy