| | |
|---|---|
| 1 | Mia Solvesson (SBN: 246291) |
| 2 | msolvesson@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 3 | 333 Bush Street, Suite 600<br>San Francisco, California 94104-2828 |
| 4 | Telephone: 415.544.1900<br>Facsimile: 415.391.0281 |
| 5 | Attorneys for Defendant |
| 6 | ADT SECURITY SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC., a Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:08-cv-02035-JW<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PENDING THE COURT'S DECISION ON ADT'S MOTION TO DISMISS |

Defendant ADT Security Services, Inc.'s Motion to Dismiss, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), is scheduled to be heard on September 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable James Ware in Courtroom 8 of the above-entitled Court, located at 280 1st Street, 4th Floor, San Jose, California.

IT IS HEREBY STIPULATED, by and between the parties through their designated counsel, that:

1. All dates and/or deadlines currently set by the Local Rules of the Northern District of California, the Federal Rules of Civil Procedure, and Court order, including the Federal Rules of Civil Procedure, Rule 26(f) conference, are hereby vacated pending the Court's decision on Defendant ADT Security Services, Inc.'s Motion to Dismiss.

2. No party shall be required to provide discovery until further order of this Court. However, nothing in this paragraph shall be construed to prohibit the voluntary exchange of information between the parties.

IT IS SO STIPULATED.

Dated: July 15, 2008                    PIERCE & WEISS, LLP

By:  /s/ Simran Singh
    BRIAN S. LETOFSKY
    SIMRAN SINGH

    Attorneys for Plaintiff
    JEWELERS MUTUAL INS. CO.

Dated: July 15, 2008                    SHOOK, HARDY & BACON L.L.P.

By:  /s/ Mia O. Solvesson
    MIA O. SOLVESSON

    Attorneys for Defendant
    ADT SECURITY SERVICES, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ____July 29____, 2008    _____
                                HONORABLE JAMES WARE