IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jewelers Mutual Insurance Co., | NO. C 08-02035 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| ADT Security Services, Inc., | |
|       Defendant. | |
| _____/ | |

Pursuant to the Court's July 9, 2009 Order Granting Defendant's Motion to Dismiss with prejudice, judgment is entered in favor of Defendant ADT Security Services, Inc., against Plaintiff Jewelers Mutual Insurance Company.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 9, 2009

                                          JAMES WARE
                                        United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Samuel Letofsky brian.letofsky@wcllaw.com
Ingrid Lucille Peterson ipeterson@shb.com
Mia Ottilia Solvesson msolvesson@shb.com

**Dated: July 9, 2009**                               **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**